

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00352-CV

**ARGONAUT INSURANCE COMPANY,**
**AND TRIDENT INSURANCE SERVICES, LLC,**

**Appellants**

**v.**

**WEST INDEPENDENT SCHOOL DISTRICT,**

**Appellee**

**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2014-1985-4**

## MEMORANDUM OPINION

Appellants, Argonaut Insurance Company and Trident Insurance Services, LLC, have informed this Court that they have settled their dispute with appellee, West Independent School District. Accordingly, appellants have filed an unopposed motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. The motion

is granted, and the appeal is dismissed with prejudice. Costs are assessed against the party incurring the same.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed February 15, 2017
[CV06]

